UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,                      Civil Case No. 10-14989
                                          Hon. Patrick J. Duggan

-v-

AMANDA NEWKIRT,
    Defendant.
_____/

## JUDGMENT

Plaintiff filed this action against Defendant to enforce a promissory note that Defendant signed on November 19, 1992. Plaintiff subsequently filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, which this Court granted in an Opinion and Order dated May 25, 2011.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that **JUDGMENT** is entered against Defendant, Amanda Newkirt, and in favor of Plaintiff, the United States, in the amount of **$7,015.88** (representing the principal amount owed of $3,431.30; $3,234.58 of pre-judgment interest calculated from the date of the filing of the Complaint through May 26, 2011; and $350.00 in court costs). Plaintiff also is awarded post judgment interest pursuant to 28 U.S.C. § 1961.

Dated: May 26, 2011                  s/PATRICK J. DUGGAN
                                         UNITED STATES DISTRICT JUDGE

Copies to:
Charles J. Holzman, Esq.

Amanda Newkirt
17611 Whitcomb St.
Detroit, MI 48235